TIMOTHY O'LEARY, BY NEXT FRIEND, APPELLANT, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT, RESPONDENT.

Argued October 19, 1932—Decided January 5, 1933.

For the appellant, *John A. Lombardi* and *Joseph F. S. Fitzpatrick.*

For the respondent, *Henry H. Fryling.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 9 *N. J. Mis. R.* 1143.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 12.

*For reversal*—None.